RAFAEL B. BRUGUERAS, demandante y apelante, *v.* JUAN PEDROSA, demandado y apelado.

No. 4787.—*Sometido:* Mayo 28, 1929. *Resuelto:* Julio 16, 1929.

*Ulpiano Crespo, Jr.,* abogado del apelante; *Celestino Iriarte, Jr.,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR TEXIDOR emitió la opinión del tribunal.

Ante la Corte de Distrito de San Juan, P. R., presentó Rafael B. Brugueras una demanda contra Juan Pedrosa, en reclamación de daños y perjuicios como consecuencia de un atropello ocasionado por el automóvil del demandado. La demanda fué radicada en 7 de diciembre de 1923. De la transcripción no aparece qué ocurrió en corte con esa demanda; y sí la copia de una enmendada, que se radicó en 25 de febrero de 1927. A esta segunda demanda se opuso una moción para eliminar toda la alegación; y en ella se sostuvo que en el mes de agosto de 1925 la Corte de Distrito de San Juan había resuelto una excepción previa a la demanda original basada en falta de hechos suficientes para constituir causa de acción, declarándola con lugar, y concediendo al demandante diez días para enmendar la demanda; término que el demandante no utilizó; y ahora después de diez y ocho meses de dictada la resolución, presenta la demanda enmendada. El demandante se opuso a esta peti-

ción basándose en que el demandado no había pedido que se dictara sentencia, y en que la corte tenía facultad para admitir la demanda enmendada. Y la corte dictó resolución, con fecha 26 de septiembre de 1928 declarando con lugar la moción del demandado y ordenando se eliminara la demanda enmendada. Contra esta resolución se ha interpuesto el presente recurso.

El apelante presentó una especie de alegato en el que se copia la demanda, y se hace mérito de la moción de eliminación y se hacen tres señalamientos de error, sin argumentar ninguno de ellos. Esto no es, un alegato, de acuerdo con las reglas y la jurisprudencia.

El apelado presentó su alegato. Y el apelante entonces presentó un nuevo alegato, en el que intenta discutir o argumentar, sin orden alguno, sus señalamientos de error. El apelado, aparte de su oposición en el fondo, nos ha pedido la eliminación del segundo alegato. Y esa petición es razonable y justa, porque ese segundo alegato ha sido presentado sin otra autoridad que la del mismo apelante, que ni ha pedido permiso para ello: y es tan defectuoso como el primero.

Se trata de un caso de enmienda a la demanda. La corte fijó un término para ello, y el demandante no lo utilizó, y al cabo de diez y ocho meses vino a presentar la enmienda. La corte ordenó la eliminación, y en ello no abusó de su discreción.

*Se ordena la eliminación del segundo alegato; y se confirma la resolución apelada.*